IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00613-AP

ERIN V. MCKINNON,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:                              For Defendant:

Robert K. Gruber, #9413                     DAVID M. GAOUETTE
3500 South Wadsworth Blvd., Suite 215       Acting United States Attorney
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400                    KEVIN TRASKOS
FAX (303) 986-6800                          Deputy Chief, Civil Division
E-mail: bobgruber@earthlink.net             United States Attorney's Office
Attorney for Plaintiff-Appellant            District of Colorado
Erin V. Mckinnon                            kevin.traskos@usdoj.gov

                                            Anthony Navarro
                                            Special Assistant United States Attorney
                                            1961 Stout Street, Suite 1001A
                                            Denver, Colorado 80294
                                            (303) 844-7278
                                            Anthony.navarro@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** March 20, 2009

**B.  Date Complaint Was Served on U.S. Attorney's Office:** March 31, 2009

**C. Date Answer and Administrative Record Were Filed:** June 1, 2009

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Records appears to be complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7.  OTHER MATTERS

There are no other matters.

## 8.  BRIEFING SCHEDULE

**A.  Plaintiffs Opening Brief Due:** July 27, 2009

**B.  Defendant's Response Brief Due:** August 26, 2009

**C.  Plaintiffs Reply Brief (If Any) Due:** September 10, 2009

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 22nd day of June, 2009.

BY THE COURT:


_**S/John L. Kane**_____
U.S. DISTRICT COURT JUDGE

-3-

APPROVED:

For Plaintiff:                                              For Defendant:

s/ Robert K. Gruber                                         DAVID M. GAOUETTE
Robert K. Gruber                                            Acting United States Attorney
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382                               KEVIN TRASKOS
Telephone (303) 986-6400                                    Deputy Chief, Civil Division
FAX (303) 986-6800                                          United States Attorney's Office
E-mail: bobgruber@earthlink.net                             District of Colorado
Attorney for Plaintiff-Appellant                            kevin.traskos@usdoj.gov

                                                            s/ Anthony Navarro
                                                            Anthony Navarro
                                                            Special Assistant U.S. Attorney
                                                            1961 Stout Street, Suite 1001A
                                                            Denver, Colorado 80294
                                                            (303) 844-7278
                                                            e-mail Anthony.navarro@ssa.gov

                                                            Attorneys for Defendant