**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00613-CMA

ERIN McKINNON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. Oral argument was previously set before the Court on December 2, 2009 at 9:00 a.m. Due to inclement weather and a hearing in another matter which was continued from the previous day to December 2, 2009 at 9:30 a.m., said oral argument was vacated and counsel were directed to call Chambers staff on a conference call to reset.

    Pursuant to a telephone conference between counsel and Chambers staff, oral argument in this matter is RESET to **December 8, 2009 at 8:15 a.m.,** in Courtroom A602 of the Arraj Courthouse. Oral argument will be limited to 15 minutes per side.

    DATED: December 7, 2009